IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40308
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUDY GUILLERMO-SANCHEZ, also known as
Rody Walker Guillermo-Sanchez,

Defendant-Appellant.

_____

Consolidated with
No. 01-40309
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROODDY WALTER GUILLERMO-SANCHEZ,

Defendant-Appellant.

_____

Consolidated with
No. 01-40417
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUDY GUILLERMO-SANCHEZ, also known as
Rudy Walker Guillermo-Sanchez,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. B-00-CR-349-1
--------------------
February 15, 2002

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Rudy Guillermo-Sanchez has requested leave to withdraw as counsel and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Our independent review of the brief, record, and Guillermo's response discloses no nonfrivolous issue.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.